GOLDSMITH & HULL. A P.C./596456
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 Fax (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br><br>TODD M. THOMPSON,<br><br>            Defendant. | **No.  A99-09636**<br><br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR**<br><br>**(1) ORDER ISSUING WRIT OF CONTINUING GARNISHMENT TO GARNISHEE SOUTHWEST COMMERCIAL;**<br><br>[28 U.S.C. § 3205(b)]<br>**AND**<br>**(2) CLERK'S NOTICE OF ENFORCEMENT**<br>[28 U.S.C. § 3202(b)] |

        The United States of America applies, in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court for a Court Order Issuing a Writ of Continuing Garnishment upon the Judgment entered in this action on December 31, 2000 in the amount of $5,265.11.

In connection with this request, the United States also seeks a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

As of January 16, 2018, Defendant's debt balance is $12,821.79.

Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee is believed to owe or will owe, money or property to Defendant, or is in possession of property (such as nonexempt disposable earnings) of Defendant, and Defendant has a substantial nonexempt interest in the property.

The names and addresses of Garnishee or the Garnishee's authorized agent is:

SOUTHWEST COMMERCIAL.

ATTN.: PAYROLL DEPARTMENT

3000 W MACATHUR BLVD. STE 685

SANTA ANA CA 92704

DATED: January 16, 2018.        Respectfully submitted,

GOLDSMITH & HULL, A P.C.

_/s/ Michael L. Goldsmith_
MICHAEL L. GOLDSMITH
Attorney for Plaintiff